

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Hayes, on behalf of herself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Wells Fargo Bank, N.A., doing business as Wells Fargo Home Mortgage, Inc.<br><br>**Defendant.** | Civil Action No.   13-cv-01707-L-BLM<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to dismiss is granted with Prejudice.

Date:     7/3/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy